# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1021
_____

KATRINA L. WILLIAMS, as
Personal Representative of the
Estate of Dominique Alexandria
Bullard,

     Appellant,

     v.

AREA HOUSING COMMISSION,

     Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.


September 18, 2024

PER CURIAM.

DISMISSED. *See Hoffman v. Hall*, 817 So. 2d 1057, 1058 (Fla. 1st DCA 2002) ("An order which merely grants a motion to dismiss but does not actually enter a final judgment is nonfinal and nonappealable").

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jonathan A. Martin and John S. Mills of Bishop Page & Mills, PLLC, Jacksonville; Linje Rivers and Kamaria H. Williams, Ponte Vedra, for Appellant.

No appearance for Appellee.